**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| THE STATE OF NEVADA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-00665-APG-GWF<br><br>**ORDER SETTING HEARING**<br><br>(Dkt. #1-3) |

This condemnation action was removed from Nevada state court by the United States. (Dkt. #1.) Prior to removal, plaintiff State of Nevada moved for immediate occupancy. (Dkt. #1-3.) That motion was set for hearing on March 29, 2016 at 9:00 a.m. in state court. (*Id.* at 4.)

IT IS ORDERED that plaintiff State of Nevada's motion for order for immediate occupancy pending entry of judgment (Dkt. #1-3) is **set for hearing on Tuesday, March 29, 2016 at 9:00 a.m. in courtroom 6C in Las Vegas**. The parties and counsel may appear telephonically by calling the Court conference line at 877-336-1831 at least five minutes prior to the hearing. The conference code is 6948860. To ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

DATED this 28th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE