**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-00665-APG-GWF<br><br>**<u>ORDER</u>** |

　　　This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated March 25, 2016, required the parties to file a Joint Status Report no later than April 27, 2016. To date the parties have not complied. Accordingly,

　　　**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **May 20, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　DATED this 10th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge