ADAM PAUL LAXALT
Attorney General
JOE VADALA
Special Counsel
Nevada Bar No. 5158
JANET L. MERRILL
Senior Deputy Attorney General
Nevada Bar No. 10736
3014 West Charleston Boulevard, Suite 150
Las Vegas, Nevada 89102
Tel: (702) 730-3400; Fax: (702) 822-2611
E-Mail: jvadala@ag.nv.gov
          jmerrill@ag.nv.gov

*Attorneys for Plaintiff State of Nevada
ex rel. its Department of Transportation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; NEVADA TITLE COMPANY, a Nevada corporation; L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co.; EAGLEMARK SAVINGS BANK, a Nevada corporation; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; CITY OF LAS VEGAS; CLARK COUNTY, a political subdivision of the State of Nevada; and all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint,<br><br>Defendants. | CASE NO.:   2:16-cv-00665-APG-GWF<br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |

TO:   THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

1

PLEASE TAKE NOTICE that Scott R. Davis, Senior Deputy Attorney General, of the Office of the Attorney General is no longer counsel of record in the above-captioned matter and should be removed from all further notices. The new attorney to be added and noticed of all further filings and hearings is as follows: Janet L. Merrill, Senior Deputy Attorney General; Nevada Bar No. 10736; Email: jmerrill@ag.nv.gov.

DATED: July 27, 2016

ADAM PAUL LAXALT
Nevada Attorney General

By: /S/ Janet L. Merrill
Janet L. Merrill
Senior Deputy Attorney General
Nevada Bar No. 10736
Transportation Division
3014 West Charleston Boulevard, Suite 150
Las Vegas, Nevada 89102

*Attorneys for Plaintiff State of Nevada ex rel. its Department of Transportation*

IT IS SO ORDERED:

[signature: George Foley Jr.]
UNITED STATES MAGISTRATE JUDGE

DATED: July 28, 2016

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 27th day of July, 2016 and pursuant to Fed. R. Civ. P. 5, I served via CM/ECF, the United States District Court's electronic filing and service system, and / or deposited for mailing in the U. S. Mail, a true and correct copy of the foregoing **Motion for Change of Attorney Designation**, postage prepaid (if necessary) to the following:

BRIAN C. PADGETT, ESQ.
AMY L. SUGDEN, ESQ.
JEREMY B. DUKE, ESQ.
Law Offices of Brian C. Padgett
611 South Sixth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants Alexander, Boyer, Davidson Investments Limited Partnership, Jackson, L.S. Enterprises, Inc., Levy and Strawn*

ROBERT E. HILL
Mountain West Law Group, PC
7341 West Charleston Blvd., Ste. 160
Las Vegas, Nevada 89117

*Attorneys for Eaglemark Savings Bank*

BRADFORD R. JERBIC
ELIAS P. GEORGE
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101

*Attorneys for Defendant City of Las Vegas*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
333 Las Vegas Boulevard South, Ste. 5000
Las Vegas, Nevada 89101

*Attorneys for United States Department of the Treasury – Internal Revenue Service*

/s/ Juanita McClinton
An employee of the Attorney General's Office of the State of Nevada

3