## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

The State of Nevada )
)
)
Plaintiff(s), )
vs. )          Case #__2:16-cv-00665-APG-GWF_____
)
)
)
United States Department of the Treasury - )          **DEFAULT**
Internal Revenue Service, et.al, )
)
Defendant(s). )
_____ )

It appearing from the records in the above-entitled action that Summons issued on the __unknown defendants__ Complaint _____3/25/2016_____
(Original, Amended, etc)                              (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it

appearing from the affidavit of counsel or Plaintiff and the records herein that each of

said Defendants has failed to plead or otherwise defend in said action as required by said

Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of

each of the following Defendants ___UNKNOWN_____

_____

_____

in the above-entitled action is hereby entered.

DATED: _____10/19/2016_____                    LANCE S. WILSON, CLERK

By: __/s/ALipski_____
                                                              Deputy Clerk