CITY OF LAS VEGAS
BRADFORD R. JERBIC
City Attorney
Nevada Bar No. 1056
By: ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
egeorge@lasvegasnevada.gov
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
*Attorneys for City of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; NEVADA TITLE COMPANY, a Nevada corporation; L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co.; EAGLEMARK SAVINGS BANK, a Nevada corporation; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; UNITED STATES DEPARTMENT OF THE TREASURY -- INTERNAL REVENUE SERVICE; CITY OF LAS VEGAS; CLARK COUNTY, a political subdivision of the State of Nevada; and all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint,<br><br>Defendants. | CASE NO. 2:16-cv-00665-APG-GWF<br><br>**STIPULATION AND ORDER REGARDING THE CITY OF LAS VEGAS' CONDITIONAL DISCLAIMER OF INTEREST** |

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1 of 3

Plaintiff State of Nevada, on relation of its Department of Transportation ("NDOT"), and defendant City of Las Vegas, by and through their respective counsel of record, hereby agree and stipulate as follows:

1. That subject to the conditions stated herein, the City of Las Vegas hereby disclaims any further right, title, or interest in the property sought to be acquired herein—located in Clark County, Nevada and associated with assessor's parcel numbers ("APN") 162-04-601-001 and 162-04-601-002 (collectively, the "Property")—and any interest in the amount determined to be just compensation for said taking or any damages incidental thereto, or any portion thereof, and further agrees and stipulates that NDOT may take whatever action it deems desirable in this action, and counsel for City of Las Vegas hereby waives any and all notices and process required by law concerning the premises.

2. This disclaimer is conditioned upon NDOT agreeing to the following with respect to the Property:

  A. To protect in place any of the City of Las Vegas' facilities that may be impacted by the subject NDOT project a/k/a/ Project NEON; and

  B. That NDOT take subject to the rights and interests of the following easements maintained by the City as set forth in each of the four (4) RIGHT OF WAY GRANT FOR DRAINAGE PURPOSES referred to in the instant Complaint. (*See* Compl. ¶ V(L), already on file herein).

///
///
///
///
///
///
///
///
///

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

3. In the event the City of Las Vegas' drainage facilities within the above-described easements in paragraph 2(B) need to be relocated, rearranged or reconstructed as part of Project NEON, NDOT will design replacement drainage facilities to accommodate the future modified drainage flows. Said drainage flows must either be located in NDOT Right of Way or in a private drainage easement to be acquired by NDOT.

DATED this 31st day of October 2016

BRADFORD R. JERBIC
City Attorney

By: /s/ Elias P. George
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
Attorney for City of Las Vegas

DATED this 31st day of October 2016

ADAM PAUL LAXALT
Attorney General

By: /s/ Janet L. Merrill
JANET L. MERRILL
Sr. Deputy Attorney General
Nevada Bar No. 10736
3014 W. Charleston Blvd., Suite 150
Las Vegas, NV 89102
Attorney for State of Nevada, ex rel. its Department of Transportation

**ORDER**

IT IS HEREBY ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 31, 2016.