ADAM PAUL LAXALT
  Attorney General
Joe Vadala
Bar. No. 5158
  Special Counsel
Janet Merrill
Nevada Bar No. 10736
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
3014 West Charleston Boulevard, Suite 150
Las Vegas, Nevada  89102
(702) 730-7300 (telephone)
(702) 822-2611 (facsimile)
E-Mail:  jvadala@ag.nv.gov
        jmerrill@ag.nv.gov

Attorneys for State of Nevada, ex rel. its
Department of Transportation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation,<br><br>             Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; NEVADA TITLE COMPANY, a Nevada corporation; L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co.; EAGLEMARK SAVINGS BANK, a Nevada corporation; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; CITY OF LAS VEGAS; CLARK COUNTY, a political subdivision of the State of Nevada; and all other persons unknown claiming any right, | Case No.:    2:16-cv-665-APG-GWF<br><br><br>**STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE (SECOND REQUEST)** |

1  title, estate, lien or interest in the real property
   described in the Complaint,
2
                    Defendant(s).
3

4         It is hereby stipulated and agreed between Plaintiff THE STATE OF NEVADA, ON RELATION

5  OF ITS DEPARTMENT OF TRANSPORTATION ("Plaintiff" or "NDOT"), by and through its

6  attorneys of record, Joe Vadala, Esq. and Janet L. Merrill, Esq. of the Office of the Nevada Attorney

7  General, and Defendants, UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL

8  REVENUE SERVICE, by and through its attorney of record, Mark E. Woolf, Esq., of the Office of the

9  United States Attorney General; and DARRELL E. JACKSON, a married man; THOMAS M. STRAWN,

10  JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED

11  PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL

12  ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; and L. S. ENTERPRISES,

13  INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co., (collectively "Landowners"),

14  by and through their attorneys of record, Brian C. Padgett, Esq., and Amy L. Sugden, Esq., of the Law

15  Offices of Brian C. Padgett to respectfully request a settlement conference in this matter.   The parties

16  respectfully ask the Court to set this matter for a settlement conference on **December 30, 2016**. *See* LR

17  16-5.

18         Pursuant to ECF 52, the Court denied, without prejudice, the parties' Stipulation Requesting a

19  Settlement Conference as the Court was unavailable on the dates as proposed.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

The Court proposed new dates and the parties are available on **December 30, 2016**.

DATED this 13th day of December, 2016.

ADAM PAUL LAXALT
Attorney General

By: ___/s/ Janet Merrill_____
    Joe Vadala
    Bar. No. 5158
    Janet Merrill
    Nevada Bar No. 10736
    State of Nevada, Attorney General
    3014 West Charleston Boulevard, Suite 150
    Las Vegas, Nevada 89102

    Attorneys for State of Nevada, ex rel. its
    Department of Transportation

DATED this 13th day of December, 2016.

LAW OFFICES OF BRIAN C. PADGETT

By: ___/s/ Amy Sugden_____
    Amy L. Sugden
    Nevada Bar No. 9983
    Jeremy B. Duke
    Nevada Bar No. 13110
    611 South Sixth Street
    Las Vegas, Nevada 89101

    Attorneys for Defendant Landowners

DATED this 13th day of December , 2016.

UNITED STATES DEPARTMENT OF THE
TREASURY – INTERNAL REVENUE SERVICE

By: ___/s/ Mark Woolf_____
    Mark E. Woolf
    Assistant United States Attorney
    333 Las Vegas Blvd. So., Ste. 5000
    Las Vegas, Nevada 89101

    Attorneys for the United States Department
    of the Treasury – Internal Revenue Service

## ORDER

A Settlement Conference is hereby set on:

December 30, 2016.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2016

Respectfully submitted by:
ADAM PAUL LAXALT, Attorney General
By: _/s/ Janet Merrill_____
    Joe Vadala
    Janet Merrill
    State of Nevada, Office of the Attorney General
    3014 West Charleston Boulevard, Suite 150
    Las Vegas, Nevada 89102
    Attorneys for State of Nevada, ex rel. its Department of Transportation