LAW OFFICES OF BRIAN C. PADGETT
611 SOUTH 6TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 304-0123
FACSIMILE (702) 368-0123

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

*****

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation, | CASE NO.: 2:16-cv-665-APG-GWF |
| Plaintiff | **ORDER GRANTING MOTION TO WITHDRAW FUNDS ON DEPOSIT** |
| vs. | |
| DARRELL E. JACKSON, *et al.*, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; NEVADA TITLE COMPANY, a Nevada corporation; L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co.; EAGLEMARK SAVINGS BANK, a Nevada corporation; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; CITY OF LAS VEGAS; CLARK COUNTY, a political subdivision of the State of Nevada; and all other persons unknown claiming any right title, estate, lien or interest in the real property described in the Complaint, | |
| Defendants. | |

This matter is before the Court on Defendants DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, JOHN W. BOYER, MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; L.S. ENTERPRISES, INC. (collectively "moving Defendants")'s

1

LAW OFFICES OF BRIAN C. PADGETT
611 SOUTH 6TH STREET
LAS VEGAS, NEVADA 89101
PHONE (702) 304-0123
FACSIMILE (702) 368-0123

Motion to Withdraw Funds on Deposit (ECF No. 75). Plaintiff, the STATE OF NEVADA, on relation of its Department of Transportation, ("NDOT") filed a Provisional Non-Opposition (ECF No. 85). Defendant, UNITED STATES ("IRS") filed a Response (ECF No. 90).

The Court, having considered the pleadings and papers on file herein, as well as the parties' oral arguments, finds that withdrawal of the $167,000.00 in funds by the moving Defendants is appropriate. The parties agree, and the Court finds, that these funds specifically correlate to the value of the real property that is the subject of this condemnation action. The parties further agree that neither the IRS nor any other party is waiving the right to pursue recovery of any funds subsequently deposited or otherwise awarded pursuant to any condemnation award or settlement in this matter. Therefore, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion to Withdraw Funds on Deposit (ECF No. 75) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall prepare a check for the $167,000.00 in funds on deposit, along with any interest accrued on said funds since their deposit, within fourteen (14) days of the date of this Order with the check made payable to "American Commonwealth Mortgage".

Dated this __10th__ day of ____April____, 2017.

_____
George W. Foley
United States Magistrate Judge


Respectfully submitted by:
Law Offices of Brian C. Padgett

By: /s/  Amy L. Sugden_____
    Amy L. Sugden
    Law Offices of Brian C. Padgett
    611 South Sixth Street
    Las Vegas, Nevada  89101

*Attorneys for Defendants Darrell E. Jackson,
Thomas M. Strawn, Jr., Andrew S. Levy,
Davidson Limited Partnership, John W. Boyer,
Michael Alexander, L.S. Enterprises, Inc.*