# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br><br>    Defendants. | Case No. 2:16-cv-00665-APG-GWF<br><br>**ORDER DENYING AS MOOT STIPULATION TO SET ORAL ARGUMENT**<br><br>(ECF No. 120) |

In light of hearing set for October 11, 2017 at UNLV's Boyd School of Law (ECF No. 122),

IT IS ORDERED that the parties' stipulation to set oral argument **(ECF No. 120) is DENIED as moot**.

DATED this 28th day of September, 2017.

                  ANDREW P. GORDON
                  UNITED STATES DISTRICT JUDGE