# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br><br>        Defendants. | Case No. 2:16-cv-00665-APG-GWF<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PETITION TO APPEAL**<br><br>(ECF No. 124) |

Defendants Darrell E Jackson, Thomas M. Strawn, and Andrew S. Levy filed a petition for permission to appeal. ECF No. 124. This petition will be heard at the hearing set for Wednesday, October 11, 2017 on a stacked calendar beginning at 9:00 a.m. in the Thomas & Mack Moot Court Room at UNLV's Boyd School of Law. Any response to the petition shall be filed by Friday, October 6, 2017. No reply will be necessary, as the motion will be heard at the October 11th hearing.

IT IS THEREFORE ORDERED that Defendants Darrell E Jackson, Thomas M. Strawn, and Andrew S. Levy's petition for permission to appeal. (ECF No. 124) shall be heard at the previously scheduled hearing on Wednesday, October 11, 2017 on a stacked calendar beginning at 9:00 a.m. in the Thomas & Mack Moot Court Room at UNLV's Boyd School of Law.

IT IS FURTHER ORDERED that any response shall be filed by October 6, 2017. No replies.

DATED this 2nd day of October, 2017.

                                                                       ANDREW P. GORDON<br>
                                                                       UNITED STATES DISTRICT JUDGE