ADAM PAUL LAXALT
Attorney General
Joe Vadala
Special Counsel
Bar. No. 5158
Janet Merrill
Senior Deputy Attorney General
Nevada Bar No. 10736
State of Nevada
Office of the Attorney General
3014 West Charleston Boulevard, Suite 150
Las Vegas, Nevada 89102
(702) 730-7300 (telephone)
(702) 822-2611 (facsimile)
E-Mail: jvadala@ag.nv.gov
jmerrill@ag.nv.gov

*Attorneys for State of Nevada, ex rel. its Department of Transportation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation,<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; NEVADA TITLE COMPANY, a Nevada corporation; L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co.; EAGLEMARK SAVINGS BANK, a Nevada corporation; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; CITY OF LAS VEGAS; CLARK COUNTY, a political subdivision of the State of Nevada; and all other persons unknown claiming any right, | Case No.: 2:16-cv-665-APG-GWF<br><br>**STIPULATED REQUEST TO VACATE REQUEST TO SET ORAL ARGUMENT ON PLAINTIFF'S DISPOSTIVE MOTION (ECF NO. 120) AND TO STAY BRIEFING ON DEFENDANT LANDOWNERS' PETITION FOR PERMISSION TO APPEAL (ECF NO. 124)**<br><br>**ORDER** |

title, estate, lien or interest in the real property described in the Complaint,

    Defendant(s).

Pursuant to LR 7-1, it is hereby stipulated and agreed between Plaintiff THE STATE OF NEVADA, ON RELATION OF ITS DEPARTMENT OF TRANSPORTATION ("Plaintiff" or " State"), by and through its attorneys of record, Joe Vadala, Esq. and Janet L. Merrill, Esq. of the Office of the Nevada Attorney General, and Defendants, UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, by and through its undersigned attorney of record[1]; DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; and L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co., (collectively "Defendant Landowners"), by and through their attorneys of record, Brian C. Padgett, Esq. and Amy L. Sugden, Esq. of the Law Offices of Brian C. Padgett, to respectfully vacate the prior request to set oral arguments on the Motions for Partial Summary Judgment and to stay briefing on Defendant Landowners' Petition for Permission to Appeal until the remaining two Motions for Partial Summary Judgment are adjudicated:

1.    On August 17, 2017, the parties filed a Stipulated Request asking the Court to set oral argument on Plaintiff's four Motions for Partial Summary Judgment. *See* ECF No. 120.

2.    On September 15, 2017, the Court granted two of Plaintiff's four Motions for Partial Summary Judgment, which relate to two of the three categories of Defendant Landowners' pre-condemnation damages claim. *See* ECF No. 69, rental loss and ECF No. 107, holding costs.

///

///

///

---

[1] The IRS joins this stipulation because it is a named defendant who appeared in the case. The IRS has not, however, participated in the briefing on the referenced motions and does not intend to present oral argument on the motions or on the Petition.

3. On September 21, 2017, the Court issued a minute order setting oral argument for October 11, 2017 on the remaining two Motions for Partial Summary Judgment:

    a. ECF No. 110, professional services/pre-condemnation damages; and

    b. ECF No. 112, just compensation relating to four-year temporary easement.

*See* ECF No. 122.

4. On September 28, 2017, the Court denied as moot the parties' Stipulated Request for Oral Argument. *See* ECF No. 123.

5. On September 29, 2017, Defendant Landowners filed a Petition for Permission to Appeal ("Petition") the Court's September 15, 2017 Order wherein the Court granted two of Plaintiff's Motions for Partial Summary Judgment. *See* ECF No. 124.

6. On October 2, 2017, the Court issued an order setting oral argument on Defendant Landowners' Petition for the same October 11, 2017 hearing date. The Order also outlined a briefing schedule for the Petition. *See* ECF No. 125.

7. On October 3, 2017, Defendant Landowners filed a Motion to Continue the October 11, 2017 Hearing Date. *See* ECF No. 126.

8. On October 4, 2017, the Court vacated the October 11, 2017 hearing date for oral argument on the two remaining Motions for Partial Summary Judgment. *See* ECF No. 127.

WHEREAS in the interests of time, judicial economy and given the statutory mandate to hear the instant proceeding quickly and within two years (February 23, 2018) pursuant to NRS 37.055 and NRS 37.120, the parties hereby respectfully request the Court vacate their prior request for Oral Argument on the two remaining Motions for Partial Summary Judgment.

///
///
///
///
///
///
///

WHEREAS the Court's adjudication of the two remaining Motions for Summary Judgment may affect the scope of Defendant Landowners' Petition for Permission to Appeal (ECF No. 124) as well as the scope of matters before the jury. Accordingly the parties respectfully request the Court stay adjudication of the Defendant Landowners' current Petition as well as vacate such briefing schedule until the Court's adjudication of the two remaining Motions for Partial Summary Judgment.

DATED this 4th day of October, 2017.

ADAM PAUL LAXALT
Attorney General

By: /s/ Janet Merrill
Joe Vadala
Bar. No. 5158
Janet Merrill
Nevada Bar No. 10736
State of Nevada
Office of the Attorney General
3014 West Charleston Boulevard, Suite 150
Las Vegas, Nevada 89102
*Attorneys for State of Nevada, ex rel. its Department of Transportation*

DATED this 4th day of October, 2017.

LAW OFFICES OF BRIAN C. PADGETT

By: /s/ Amy Sugden
Amy L. Sugden
Nevada Bar No. 9983
Jeremy B. Duke
Nevada Bar No. 13110
611 South Sixth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Landowners*

DATED this 4th day of October, 2017.

STEVEN W. MYHRE
Acting United States Attorney

By: /s/ Mark Woolf
Mark E. Woolf
Assistant United States Attorney
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, Nevada 89101
*Attorneys for the United States Department of the Treasury – Internal Revenue Service*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 4, 2017.