UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br><br>Defendants. | Case No. 2:16-cv-00665-APG-GWF<br><br>**ORDER REGARDING PETITION TO APPEAL**<br><br>(ECF No. 124) |

Defendants Darrell E Jackson, Thomas M. Strawn, and Andrew S. Levy filed a petition for permission to appeal. ECF No. 124. Subsequently, the parties stipulated to vacate the briefing schedule until I rule upon two pending motions for summary judgment. ECF No. 129. I have now ruled on those motions. Accordingly, the parties shall confer about whether the Petition should be amended to address my recent ruling, or whether the Petition should be addressed as is. The parties shall file a stipulated briefing schedule regarding the Petition (either as-is or as-amended) by October 27, 2017. If the parties cannot agree on a schedule, they shall file a joint brief outlining the competing schedules and reasons for each.

DATED this 13th day of October, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE