ADAM PAUL LAXALT
Attorney General
Joe Vadala
Nevada Bar. No. 5158
Special Counsel
Janet Merrill
Nevada Bar No. 10736
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
3014 West Charleston Boulevard, Suite 150
Las Vegas, Nevada 89102
(702) 730-3400 (telephone)
(702) 822-2611 (facsimile)
E-Mail: jvadala@ag.nv.gov
jmerrill@ag.nv.gov

Attorneys for State of Nevada, ex rel. its
Department of Transportation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation,<br><br>Plaintiff(s),<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; NEVADA TITLE COMPANY, a Nevada corporation; L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co.; EAGLEMARK SAVINGS BANK, a Nevada corporation; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; CITY OF LAS VEGAS; CLARK COUNTY, a political subdivision of the State of Nevada; and all other persons unknown claiming any right, | Case No.: 2:16-cv-665-APG-GWF<br><br>**STIPULATED BRIEFING SCHEDULE REGARDING DEFENDANT LANDOWNERS' PETITION FOR PERMISSION TO APPEAL (ECF NO. 124)**<br><br>**ORDER** |

title, estate, lien or interest in the real property described in the Complaint,

Defendant(s).

Pursuant to LR 7-1, it is hereby stipulated and agreed between Plaintiff THE STATE OF NEVADA, ON RELATION OF ITS DEPARTMENT OF TRANSPORTATION ("Plaintiff" or "the State"), by and through its attorneys of record, Joe Vadala, Esq. and Janet L. Merrill, Esq. of the Office of the Nevada Attorney General, and Defendants, UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE, by and through its counsel of record[1]; DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; and L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co., (collectively "Landowners"), by and through their attorneys of record, Brian C. Padgett, Esq., and Amy L. Sugden, Esq., of the Law Offices of Brian C. Padgett, to respectfully ask the Court to the following briefing schedule on Defendant Landowners' Petition for Permission to Appeal. This Stipulation is filed pursuant to the Court's Order Regarding Petition to Appeal. *See* ECF No. 124.

1. New and/or Amended Petition for Permission to Appeal ("Petition") to be filed by Defendant Landowners no later than the close of business on **Thursday, October 19, 2017**;

2. Any Response/Opposition to the Petition is due **Monday, October 23, 2017**; and

///
///
///
///
///
///

---

[1] The IRS joins this stipulation because it is a named defendant who appeared in the case. The IRS does not, however, intend to participate in the briefing.

3. Any Reply thereto is due **Monday, October 30, 2017**.

DATED this 17th day of October, 2017.

    ADAM PAUL LAXALT
    Attorney General

By:  /s/ Janet Merrill
    Joe Vadala, Esq.
    Janet Merrill, Esq.
    State of NV, Office of Attorney General
    3014 West Charleston Boulevard, Suite 150
    Las Vegas, Nevada 89102
    Attorneys for State of Nevada, ex rel. its
    Department of Transportation

DATED this 17th day of October, 2017.

LAW OFFICES OF BRIAN C. PADGETT

By:  /s/ Amy Sugden
    Amy L. Sugden, Esq.
    Jeremy B. Duke, Esq.
    611 South Sixth Street
    Las Vegas, Nevada 89101
    Attorneys for Defendant Landowners

DATED this 17th day of August, 2017.

    STEVEN W. MYHRE
    Acting United States Attorney

By:  /s/ Mark Woolf
    Mark E. Woolf, Esq.
    501 Las Vegas Blvd. So., Ste. 1100
    Las Vegas, Nevada 89101
    Attorneys for the United States Department
    of the Treasury – Internal Revenue Service

## **ORDER**

The Stipulated Request is hereby granted.

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

Dated:  10/17/2017

Respectfully submitted by:
ADAM PAUL LAXALT
Attorney General

By:  /s/ Janet Merrill
    Janet Merrill
    State of Nevada, Office of Attorney General
    3014 West Charleston Boulevard, Suite 150
    Las Vegas, Nevada 89102
    Attorneys for State of Nevada, ex rel. its
    Department of Transportation

***STIPULATED BRIEFING SCHEDULE REGARDING DEFENDANT LANDOWNERS' PETITION FOR PERMISSION TO APPEAL (ECF NO. 124)***