1  LAW OFFICES OF BRIAN C. PADGETT
   Brian C. Padgett, Bar No. 7474
2  Amy L. Sugden, Bar No. 9983
   Jeremy B. Duke, Bar No. 13110
3  611 South Sixth Street
4  Las Vegas, Nevada 89101
   Telephone:    (702) 304-0123
5  Facsimile:    (702) 368-0123

6  *Attorneys for Defendants Darrell E. Jackson,
   Thomas M. Strawn, Jr., Andrew S. Levy,*
7  *Davidson Limited Partnership, John W. Boyer,*
   *Michael Alexander and L. S. Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, on relation of its Department of Transportation, | CASE NO.:   2:16-cv-00665-APG-GWF |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; DARRELL E. JACKSON, a married man; THOMAS M. STRAWN, JR., a married man; ANDREW S. LEVY, a married man; DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; JOHN W. BOYER, a married man; MICHAEL ALEXANDER, Trustee of the MICHAEL ALEXANDER LIVING TRUST; NEVADA TITLE COMPANY, a Nevada corporation; L. S. ENTERPRISES, INC., a Nevada corporation d/b/a American Commonwealth Mortgage Co.; EAGLEMARK SAVINGS BANK, a Nevada corporation; STATE OF NEVADA, DEPARTMENT OF EMPLOYMENT, TRAINING & REHABILITATION, EMPLOYMENT SECURITY DIVISION; CITY OF LAS VEGAS; CLARK COUNTY, a political subdivision of the State of Nevada; and all other persons unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER** |
| Defendants. | |

It is hereby stipulated and agreed between Plaintiff THE STATE OF NEVADA, ON RELATION OF ITS DEPARTMENT OF TRANSPORTATION ("**Plaintiff**" or "**NDOT**"), by and through its attorneys of record, Janet L. Merrill, Esq. and Joe Vadala, Esq., of the Office of the Nevada Attorney General, and Defendants DARRELL E. JACKSON, THOMAS M. STRAWN, JR., ANDREW S. LEVY, DAVIDSON INVESTMENTS LIMITED PARTNERSHIP, JOHN W. BOYER, MICHAEL ALEXANDER, and L. S. ENTERPRISES, INC., (collectively "**Landowne**rs"), by and through their attorneys of record, Brian C. Padgett, Esq., and Amy L. Sugden, Esq., of the Law Offices of Brian C. Padgett, to extend the deadline to file their proposed joint pretrial order from November 13, 2017 to November 17, 2017. The parties seek a brief extension of the deadline due to technical difficulties within the Office of the Nevada Attorney General and due to the parties' ongoing good faith efforts to coordinate on the list of witnesses and exhibits.

By: /s/ Janet L. Merrill
Joe Vadala
Special Counsel
Nevada Bar No. 5158
Janet L. Merrill
Senior Deputy Attorney General
Nevada Bar No. 10736
Transportation Division
3014 West Charleston Boulevard, Suite 150
Las Vegas, Nevada 89102

*Attorneys for Plaintiff State of Nevada
ex rel. its Department of Transportation*

DATED this 13th day of November, 2017.

By: /s/ Amy L. Sugden
Amy L. Sugden
Nevada Bar No. 9983
Jeremy B. Duke
Nevada Bar No. 13110
Law Offices of Brian C. Padgett
611 South Sixth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Landowners*

DATED this 13th day of November, 2017.

IT IS SO ORDERED.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2017

2

Respectfully submitted by:

    /s/ Amy L. Sugden
LAW OFFICES OF BRIAN C. PADGETT
Brian C. Padgett, Bar No. 7474
Amy L. Sugden, Bar No. 9983
Jeremy B. Duke, Bar No. 13110
611 South Sixth Street
Las Vegas, Nevada 89101
Telephone:   (702) 304-0123
Facsimile:    (702) 368-0123